IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WILLIAM M. TYLER, JR., | ) |
| Plaintiff, | ) |
| vs. | ) NO: 4:14-CV-1917- HEA |
| MISSOURI BAPTIST MEDICAL CENTER, and DALE A. THUET, P.T., | ) |
| Defendants. | ) |

### ORDER

Case called on Plaintiff's Motion to Dismiss Defendant, Dale A. Thuet, P.T., pursuant to Rule 41(a)(1)(A)(I), and the Court being fully advised, grants said Motion. Count II of Plaintiff's Complaint against the Defendant, Dale A. Thuet, P.T., is hereby dismissed pursuant to Rule 41(a)(1)(A)(I).

Entered this 25th day of February, 2015.

_____
JUDGE